2 Ill. App.2d 52 (1954)
118 N.E.2d 59
Scottville Apple Products Company, Appellee,
v.
The Rafelson Company, and Abe Rafelson, Defendants. On Appeal of Abe Rafelson, Appellant.
Gen. No. 46,109.
Illinois Appellate Court.
Opinion filed March 8, 1954.
Released for publication March 24, 1954.
Golbus & Golbus, for appellant.
Rappaport, Clorfene & Rappaport, for appellee.
Ode L. Rankin, of counsel.
(Abstract of Decision.)
Opinion by JUSTICE FRIEND.
Judgment affirmed.
Not to be published in full.